**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-6216**

─────────────

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

DEWAYNE ANDERSON,

            Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (1:06-cr-00020-IMK-JSK-8)

─────────────

Submitted:  May 22, 2008                  Decided:  May 29, 2008

─────────────

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Dewayne Anderson, Appellant Pro Se.  Zelda Elizabeth Wesley, OFFICE OF THE UNITED STATES ATTORNEY, Clarksburg, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne Anderson appeals the district court's order denying his second motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(4). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Anderson, No. 1:06-cr-00020-IMK-JSK-8 (N.D.W. Va. Jan. 16, 2008). We also deny the motion for bail or release pending appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -